In the Matter of the Estate of JOHN E. WILSON, Deceased. FREDERICK E. WILSON, as Executor of JOHN E. WILSON, Deceased, Appellant; GEORGE S. LUDWIG et al., Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted. Present — McCurn, P. J., Vaughan, Kimball and Van Duser, JJ. [See 284 App. Div. 1018.]

HARRY T. SEEHASE, Respondent, v. HELEN K. WEBSTER, Appellant.— Motion for reargument granted. Present — McCurn, P. J., Kimball, Wheeler and Van Duser, JJ. [See 284 App. Div. 1028.]

SARAH KAMP, Respondent, v. SYRACUSE TRANSIT CORPORATION et al., Appellants. JULIUS KAMP, Respondent, v. SYRACUSE TRANSIT CORPORATION et al., Appellants.— Motions for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ. [See 284 App. Div. 1028.]

In the Matter of CLEVELAND CROSBY, an Attorney.— Application for reinstatement granted. Memorandum: Upon reapplication, the petitioner has presented new evidence from which we are able to conclude that he is now possessed of a firm intention to conduct himself as an attorney in accordance with the standards set forth in the canons of legal ethics, as such canons are generally construed and understood by the Bench and Bar, and we, therefore, grant the petitioner's application. Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

CLARENCE F. GRABB, as Receiver, Respondent, v. JOHN NICHOLAS, as Receiver, Appellant.— Appeal dismissed for failure to comply with previous order, with costs, together with $10 motion costs.

MARTIN J. REICHENBERGER, Respondent, v. GEORGE F. HARRINGTON, Doing Business as HARRINGTON Co., Appellant.— Motion granted and appeal dismissed, without costs.

RAY C. LARSON, Appellant, v. ROBERT G. RATER, Respondent.— Appeal dismissed, with costs, together with $10 motion costs.